1 **DIAMOND McCARTHY LLP**
Andrew B. Ryan (*pro hac vice*)
2 909 Fannin, 15th Floor
Houston, TX 77010
3 Telephone: 713-333-5100
Facsimile: 713-333-5199
4 aryan@diamondmccarthy.com
*Counsel for Allan B. Diamond,*
5 *Chapter 11 Trustee for Howrey LLP*

6
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
7 Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
8 1970 Broadway, Suite 225
Oakland, CA 94612
9 Telephone: 510-763-1000
Facsimile: 510-273-8669
10 *Local Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*
11

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re: | Cause No. 4:13-cv-03908-SBA |
| HOWREY LLP, | Bankruptcy Case No: 11-31376 DM |
| Debtor. | Adv. P. No. 13-03059-DM |
| | |
| ALLAN B. DIAMOND, Chapter 11 Trustee For Howrey LLP, | **ORDER DISMISSING PROCEEDING** |
| Plaintiff, | |
| v. | |
| VENABLE LLP, | |
| Defendant. | |

1       The Court having read and considered the *Stipulation to Dismiss Proceeding* filed on January 3, 2014 (the "<u>Stipulation</u>") and good cause appearing therefore:

      IT IS HEREBY ORDERED that the Stipulation is approved as an order of the Court.

      IT IS FURTHER ORDERED that this proceeding is dismissed with prejudice.

Dated: 1/6/2014

*/s/ Sandra B. Armstrong*
UNITED STATES DISTRICT JUDGE